# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  WALSH, PATRICK J. | 2. Court or Organization  U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA | 3. Date of Report  05/15/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  FULL-TIME U.S. MAGISTRATE JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination  Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2016  to  12/31/2016 |

**7. Chambers or Office Address**

UNITED STATES COURTHOUSE
255 EAST TEMPLE STREET, SUITE 730
LOS ANGELES, CALIFORNIA 90012

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALSH, PATRICK J. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | 2016 | SALARY FOR TEACHING AT USC LAW SCHOOL | $8,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | ANNUAL | SELF-EMPLOYED ATTORNEY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WALSH, PATRICK J.** | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALSH, PATRICK J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity SEP IRA/Rollover IRA | | | | | | | | | |
| 2. --IShares S&P 500 Growth ETF (IVW) | A | Dividend | | | Sold | 05/25/16 | L | | |
| 3. --IShares S&P Value ETF (IVE) | A | Dividend | | | Sold | 05/25/16 | L | | |
| 4. --IShares Core S&P Mid-Cap ETF (IJH) | A | Dividend | | | Sold | 05/25/16 | K | | |
| 5. --IShares Core S&P Small Cap ETF (IJR) | A | Dividend | | | Sold | 05/25/16 | J | | |
| 6. --IShares Trust MSCI USA Minivolatility ETF (USMV) | A | Dividend | | | Sold | 05/25/16 | J | | |
| 7. --IShares Trust Core MSCI EAFE ETF (IEFA) | A | Dividend | | | Sold | 05/25/16 | L | | |
| 8. --IShares Inc Core MSCI Emerging Markets ETF (IEMG) | A | Dividend | | | Sold | 05/25/16 | K | | |
| 9. Betterment SEP IRA | | | | | | | | | |
| 10. --US Large-Cap Value (VTV) | A | Dividend | K | T | Buy | 05/25/16 | K | | |
| 11. --Emerging Market Bonds (VWOB) | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 12. --US Total Stock Market (VTI) | A | Dividend | K | T | Buy | 05/25/16 | K | | |
| 13. --US Mid-Cap Value (VOE) | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 14. --International Bonds (BNDX) | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 15. --US Small-Cap Value (VBR) | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 16. --US Corporate Bonds (LQD) | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 17. --Developed Markets (VEA) | A | Dividend | M | T | Buy | 05/25/16 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WALSH, PATRICK J. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --Emerging Markets (VWO) | A | Dividend | K | T | Buy | 05/25/16 | K | | |
| 19. --Emerging Markets Bonds (EMB) | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 20. --US High-Quality Bonds (BND) | A | Dividend | J | T | Buy | 05/25/16 | J | | |
| 21. Self-directed SEP IRA with Provident Trust SEP | | | | | | | | | |
| 22. - Santa Monica ▮ San Vicente LLC) | B | Dividend | K | T | | | | | |
| 23. --Beverly Hills ( ▮ Oakhurst LLC) | B | Dividend | L | T | | | | | |
| 24. --Brentwood ▮ Gorham LLC) | B | Dividend | K | T | | | | | |
| 25. --Brentwood ( ▮ Darlington LLC) | B | Dividend | L | T | | | | | |
| 26. --Santa Monica ( ▮ San Vicente LLC) | B | Dividend | M | T | | | | | |
| 27. --Los Angeles ▮ Amherst LLC) | B | Dividend | M | T | Buy | 08/13/16 | L | | |
| 28. | | | | | | | | | |
| 29. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **WALSH, PATRICK J.** | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The assets listed under Betterment SEP IRA in Part VII, Lines 10-20 were acquired by a direct IRA transfer of the assets listed under Fidelity SEP IRA/Rollover IRA in Part VII, Lines 2-8. Thus, the Fidelity SEP IRA/Rollover IRA assets realized no capital gains.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ PATRICK J. WALSH**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544